AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00141 |
| CHRISTIAN PETER TYNER | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 6/21/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTIAN PETER TYNER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 06/21/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.06.21 13:57:17 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/21/23, and the person was arrested on *(date)* 7/20/23
at *(city and state)* Washington, DC.

Date: 7/20/23

Jacqueline W. Scott
*Arresting officer's signature*

Jacqueline Wassom Scott, Special Agent (FBI)
*Printed name and title*