UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTIAN TYNER, et al.<br><br>                Defendants. | Case No. 23-MJ-141 |

### ORDER TO ADMIT COUNSEL *PRO HAC VICE*

Upon consideration of the Motion for Admission Pro Hac Vice of Edward M. Robinson and the Declaration in Support:

IT IS HEREBY ORDERED that CHRISTIAN TYNER's motion is granted and that

> Edward M. Robinson
> Law Office of Edward M. Robinson
> 21515 Hawthorne Boulevard, Suite 730
> Torrance, CA 90503
> Tel: (310) 995-9332
> Fax: (800) 285-1692
> Email: eroblaw@gmail.com

is admitted to practice pro hac vice as counsel for CHRISTIAN TYNER, in the above captioned case.

SO ORDERED.

This 26th day of July, 2023

                                                        Honorable Robin M. Meriweather
                                                        United States District Court Judge