## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>                       Plaintiff,<br><br>     v.<br><br>CHRISTIAN TYNER, et al.<br><br>                   Defendants. | Case No. 23-MJ-141 |

### <u>NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL</u>

Pursuant to the Local Criminal Rule 44.5(d) of this Court, James R. Hagerty withdraws his appearance as counsel for Defendants. Edward Robinson, attorney for Defendant Christian Peter Tyner and Nancy Kardon, attorney for Defendant David Christian Tyner have been admitted *pro hac vice*. Consequently, the undersigned's withdrawal will cause no prejudice to the parties or the Court.

DATED: July 28, 2023                Respectfully submitted,

                                      KALBIAN HAGERTY LLP

                                      By: /s/ James R. Hagerty
                                        James R. Hagerty, Bar No. 411463
                                        888 17 Street NW, Suite 1200
                                        Washington, DC 20006
                                        Phone: (202) 223-5600
                                        Fax: (202) 223-6625
                                        jhagerty@kalbianhagerty.com
                                        *Attorney for Defendants*

                                        Edward Robinson, Esq. (admitted *pro hac vice*)
                                        Law Office of Edward M. Robinson
                                        21515 Hawthorne Boulevard, Suite 730
                                        Torrance, CA 90503
                                        Phone: (310) 995-9332
                                        eroblaw@gmail.com

1

Nancy Kardon, Esq. (admitted *pro hac vice)*
Law Office of Nancy Kardon
21515 Hawthorne Boulevard, Suite 730
Torrance, CA 90503
Tel: (310) 902-7837
nkardon@kardonlaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2023, a true and correct copy of the

foregoing Notice of Withdrawal was filed with the Court and served by electronic notification on

counsel for Plaintiff:

**Sean Patrick McCauley**
USAO
601 D Street NW
Washington, DC 20001
Tel: (202) 252-1897
Email: sean.mccauley@usdoj.gov


/s/ James R. Hagerty
James R. Hagerty