**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTIAN TYNER.<br><br>            Defendant. | Case No. 23-MJ-141 |

**NOTICE OF ACCEPTANCE OF PROTECTIVE ORDER**

    Please take notice that Counsel, on behalf of Defendant Christian Tyner, files with this Court Mr. Tyner's acceptance of the Attached Protective Order.

DATED:  August 7, 2023               Respectfully submitted,


                                     /s/ Edward M. Robinson
                                     Edward Robinson, Esq. (Admitted Pro Hac Vice)
                                     Law Office of Edward M. Robinson
                                     21515 Hawthorne Boulevard, Suite 730
                                     Torrance, CA 90503
                                     Phone: (310) 316-9333
                                     eroblaw@gmail.com